# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Travis S. Cowher**                                          Case No. **21-22699**
                              Debtor(s)                              Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Travis S. Cowher**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **January 18, 2022**              Signature **/s/ Travis S. Cowher**
                                                 **Travis S. Cowher**
                                                 Debtor